IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK COLEMAN,<br><br>    Plaintiff(s),<br><br>  vs.<br><br>MICHAEL HENNESSEY, Sheriff, et al.,<br><br>    Defendant(s). | No. C 10-0665 CRB (PR)<br><br>ORDER OF DISMISSAL WITH LEAVE TO AMEND<br><br>(Docket # 2) |

On February 17, 2010, while plaintiff was incarcerated at the San Francisco County Jail, he filed a pro se prisoner complaint under 42 U.S.C. § 1983 alleging various violations of his constitutional rights, including inappropriate denial of his doctor-approved "medical appliances" and sexual harassment. He also sought leave to proceed in forma pauperis under 28 U.S.C. § 1915 (docket # 2), which, based solely on his affidavit of poverty, is granted.

Plaintiff has since filed additional pleadings suggesting that he wishes to allege additional claims and name additional defendants. Good cause appearing, plaintiff's complaint is dismissed with leave to amend to incorporate all allegations and defendants into one complaint within 30 days of this order. The pleading must be simple and concise and must include the caption and civil case number used in this order and the words FIRST AMENDED COMPLAINT on the first page. Failure to file a proper amended complaint within the designated time will result in the dismissal of this action.

|   |   |
|---|---|
| 1 | Plaintiff is advised that the amended complaint will supersede the original complaint and all other earlier pleadings. Claims and defendants not included in the first amended complaint will not be considered by the court. See King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987). |

Plaintiff is advised that the amended complaint will supersede the original complaint and all other earlier pleadings. Claims and defendants not included in the first amended complaint will not be considered by the court. See King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987).

SO ORDERED.

DATED:  July 1, 2010

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.10\Coleman, R1.dwlta.wpd

2