IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK COLEMAN, | No.: C-10-0665 LHK (PR) |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| SHERIFF MICHAEL HENNESSEY, et al., | |
| Defendants. | |

Plaintiff, an inmate at the San Francisco County Jail, filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983. Upon initial screening of the complaint, on July 2, 2010, the Court concluded that while the original complaint alleged various violations of his constitutional rights, Plaintiff thereafter submitted written communications to the Court suggesting that he wished to add more defendants and more claims. Thus, the Court dismissed Plaintiff's original complaint with leave to amend. In the order, the Court ordered Plaintiff to file an amended complaint including all claims and defendants within 30 days of the order. The Court warned that if Plaintiff failed to file a response within the Court's deadline, it would result in the dismissal of this action without prejudice. To date, the Court has received no response from plaintiff.

Accordingly, the instant action is DISMISSED without prejudice. The Clerk shall close the file.

Order of Dismissal

1 |     IT IS SO ORDERED.

2 | DATED:  August 13, 2010

                                                          LUCY H. KOH
                                                          United States District Judge

Order of Dismissal No.: C-10-0665 LHK (PR)
2