IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RODERICK COLEMAN, | ) | No. C 10-0665 LHK (PR) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| SHERIFF MICHAEL HENNESSEY, et al., | ) | |
| Defendants. | ) | |

The Court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: August 13, 2010

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

P:\PRO-SE\SJ.LHK\CR.10\Coleman665jud.wpd